JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>    Plaintiffs,<br><br>  v.<br><br>SPARK INDUSTRIES, LLC, a California limited liability company, and DOES 1-5, Inclusive,<br><br>    Defendant. | Case No. CV14-9270-GW(MRWx)<br><br>**ORDER GRANTING DISMISSAL** |

In light of the Joint Stipulation of Dismissal by Plaintiffs Fontem Ventures B.V. and Fontem Holdings 1 B.V. (together, "Fontem") and Defendant Spark Industries, LLC ("Spark"), the Court hereby ORDERS as follows:

1. All claims between Fontem and Spark in Case No. CV14-9270 shall be dismissed without prejudice.

2. Fontem and Spark shall each bear its own fees and costs.

3. The Court shall retain jurisdiction of this case for the sole purpose of enforcing the Settlement Agreement between Fontem and Spark.

**IT IS SO ORDERED**.

DATED: January 26, 2016

_____
The Hon. George H. Wu
Judge, United States District Court,
Central District of California